PROB 12A
(9/17)

# United States District Court
# for the
# Western District of Tennessee
# Report on Offender Under Supervision

Name of Offender: Timothy Green                                    Docket No. 0651 2:10CR20103-001

Name of Sentencing Judicial Officer: The Honorable S. Thomas Anderson, Chief United States District Judge

Date of Original Sentence: 02/16/2012                              Type of Supervision: Supervised Release

Original Offense: Conspiracy to Defraud the United States, 18      Date Supervision Commenced: 01/29/2015
U.S.C § 371 and Converts to Own Use Property of Another, 18
U.S.C § 666 (a)(1)(B)

Original Sentence: Imprisonment: 50 months each count              Date Supervision Expires: 01/28/2018
concurrent; TSR: 36 months each count concurrent

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision: **The defendant shall pay a fine in the amount of $10,000.00.**

Nature of Noncompliance:
Mr. Green has been consistent in making regular monthly payments towards his fine as ordered by the Court. To date, he has paid a total of $6,106.00. The outstanding fine balance is $4,094.00. Mr. Green's supervised release is scheduled to expire on January 28, 2018.

U.S. Probation Officer Action:
Mr. Green's response to supervised release has been satisfactory. With the exception of his failure to pay his fine in full, there have been no compliance issues. Throughout the course of supervision, the Probation Office has monitored Mr. Green's income and living expenses. He has made a good faith effort to satisfy the Court's order and has made consistent payments. He understands that should the Court allow his term of supervision to expire as scheduled, he will be responsible for continuing to make payments towards his fine until paid in full with the Financial Litigation Unit of the U.S. Attorney's Office. It is respectfully recommended Mr. Green's term of supervised release be allowed to expire as scheduled on January 28, 2018.

Respectfully submitted,

s/Rachael L. Hawkins

U.S. Probation Officer

Approved:

s/Whitney Bailey                         January 19, 2018

Supervising U.S. Probation Officer       Date

**Prob 12A**
**RE: Green, Timothy**
**2:10CR20103-001**

---

## THE COURT ORDERS:

☒ No additional action at this time
☐ Submit a request for modifying the condition or term of supervision
☐ Submit a request for warrant or summons
☐ The Offender be released from supervision
☐ Other:

s/ S. Thomas Anderson

Signature of Judicial Officer

Date    January 23, 2018